LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MGER MAILYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **Case No: 04-CR-126 LKK** |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO HEARING OF JUNE 14, 2005; ORDER |
| vs. | ) ) | |
| MGER MAILYAN, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

WHEREFORE, upon showing of good cause, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant MGER MAILYAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, this matter is currently set for entry of guilty plea on June 14, 2005, at 9:30 a.m., before the Honorable Lawrence K. Karlton;

That, the parties require additional time to determine sentencing guidelines and factors.

1

1     That, this matter be continued, to July 12, 2005 in order to
2 allow the parties to achieve the above.
3     That, Defendant is aware of his rights to a speedy trial
4 and he is knowingly consenting to this stipulation setting this matter
5 for July 12, 2005, or to a date thereafter as convenient to the Court.
6     That, speedy trial time is to be excluded from June 14, 2005
7 through the next hearing date on July 12, 2005, or to a date
8 thereafter as convenient to the Court, pursuant to 18 U.S.C. Sections
9 3161(h)(8)(iv).
10     SO STIPULATED.
11 Dated: June 9, 2005

Signature authorized by Mr. Linhardt via telephone on 6/09/05

_____/S/_____
DANIEL S. LINHARDT
Assistant U.S. Attorney

15 Dated: June 9, 2005       _____/S/_____
DANIEL V. BEHESNILIAN
Attorney for Defendant
MGER MAILYAN

18 **<u>ORDER</u>**

19    GOOD CAUSE NOW appearing, it is hereby ordered that this matter
20 be set for a hearing for the purposes of Entry of a Guilty Plea on
21 **July 12, 2005, at 9:30 a.m. in the Courtroom of The Honorable**
22 **Lawrence K. Karlton** and that Defendant MGER MAILYAN personally appear
23 before this Court, on the above date and time for Entry of Guilty
24 Plea.
25     SO ORDERED.
26 Dated: June 9, 2005       /s/Lawrence K. Karlton_____
HON. LAWRENCE K. KARLTON
27                                  UNITED STATES DISTRICT COURT JUDGE
28