Aug-04-05 01:56P                                                              P.01

DANIEL V. BEHESNILIAN, ESQ. SBN 075805
8665 Wilshire Boulevard
Suite 410
Beverly Hills, CA 90211
(310) 854-6972

UNITED STATES DISTRICT COURT
EASTERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 04-CR-00126 LKK |
| v. | |
| NGER MAILYAN | SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

NGER MAILYAN  ☐ Plaintiff  ☒ Defendant  ☐ Other
(Name of Party)

Hereby substitutes  TODD B. KRAUSS  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court    ☐ Pro Per

15760 Ventura Blvd., Suite 2029,   Encino, CA 91436
(Street Address)                   (City, State, Zip)

(818) 906-0775           (818) 906-0870
(Telephone Number)        (FAX Number)                (State Bar Number)

as attorney of record in place and stead of  DANIEL V. BEHESNILIAN
                                             (Present Attorney)

Dated  08-04-05                    X _____
                                        Signature of Party

I have given proper notice pursuant to Local Rule 2.8 and further consent to the above substitution.

Dated  8-4-05                      _____
                                    Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 2.3

Dated  8-8-05                      _____
                                    Signature of New Attorney

Substitution of Attorney is hereby    ☐ APPROVED    ☒ DENIED

Dated  8/25/05                     _____
                                    United States District Judge