Aug-04-05 01:56P                                                          P.01

DANIEL V. BEHESNILIAN, ESQ. SBN 075805
8665 Wilshire Boulevard
Suite 410
Beverly Hills, CA 90211
(310) 854-6972

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 04-CR-00126 LKK |
| v. | Amended Order re: |
| MGER MAILYAN | SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

MGER MAILYAN                                            ☐ Plaintiff  ☒ Defendant  ☐ Other
(Name of Party)

Hereby substitutes   TODD B. KRAUSS                                             who is

☒ Retained Counsel    ☐ Counsel appointed by the Court    ☐ Pro Per

15760 Ventura Blvd., Suite 2020,          Encino, CA 91436
(Street Address)                          (City, State, Zip)

(818) 906-0775            (818) 906-0870
(Telephone Number)         (FAX Number)                            (State Bar Number)

as attorney of record in place and stead of   DANIEL V. BEHESHLIAN
                                               (Present Attorney)

Dated  08-04-05                        X _____
                                          Signature of Party

I have given proper notice pursuant to Local Rule 2.8 and further consent to the above substitution.

Dated  8-4-05                          _____
                                        Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 2.3.

Dated  8-8-05                          _____
                                        Signature of New Attorney

Substitution of Attorney is hereby    ☒ APPROVED    ☐ DENIED.

Dated  8/25/05                         _____
                                        United States District Judge