1  TODD KRAUSS, ESQ. SBN 187991
2  15760 Ventura Boulevard
   Suite #2028
3  Encino, California 91436
   Telephone: (818)461-1332 (818)906-0870
4

5             **IN THE UNITED STATES DISTRICT COURT**

6             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7
   UNITED STATES OF AMERICA,           )   CASE NO.  04-CR-126 LKK
8                                      )
                       Plaintiff,      )
9                                      )
                                       )   STIPULATION TO CONTINUE
10     vs.                             )   HEARING OF SEPTEMBER 7, 2005
                                       )   TO NOVEMBER 16, 2055 AND,
11 MGER MAILYAN,                       )   ODER
                                       )
12                     Defendant.      )
13 _____)

14                         **STIPULATION**

15     WHEREFORE, upon a showing of good cause, the Unites States of America,

16 represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant,

17 MGER MAILYAN, represented by TODD KRAUSS, do hereby stipulate to the following:

18     That this matter is presently set for entry of guilty plea on September 7, 2005 at 9:30

19
20 a.m., before the HONORABLE LAWRENCE K. KARLTON;

21     That the defendant, MGER MAILYAN, has retained new counsel, TODD KRAUSS

22 and that the new counsel needs to conduct an investigation of the alleged matter before this

23 court so that he may adequately represent his client's interest;

24     That the parties require additional time to determine any potential plea agreements
25
26 and to determine any potential sentencing issues pertaining to the guidelines and factors to

27 be reviewed by the court.

28                                    1

That the matter be continued until November 16, 2005 in order to allow the defendant to conduct his investigation and the parties to have adequate time to work out any potential plea agreement;

That, Defendant is aware of his right to a speedy trial and he is knowingly consenting to this stipulation setting this matter for November 16, 2005, or a date thereafter as convenient to the Court.

That, speedy trial time is to be excluded, to give counsel time to prepare, from the September 7, 2005 through to next hearing date of November 16, 2005, or a date thereafter as convenient to the Court, pursuant to 18 U.S.C. Sections 3161(h)(8)(iv), Local Code T-4.

SO STIPULATED:

DATE_____          Signature Authorized by Mr. Linhardt
                        after his review and per via telephone
                        On August 30, 2005

                        */s/ DANIEL LINHARDT*
                        DANIEL LINHARDT, ASSISTANT
                        UNITED STATES ATTORNEY


DATE_____          */s/ TODD KRAUSS*
                        TODD KRAUSS, ATTORNEY
                        FOR DEFENDANT MGER MAILYAN

2

## **ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the Purpose of Arraignment or Entry of Guilty Plea on November 16, 2005, at 9:30 a.m. in the Courtroom of the HONORABLE LAWRENCE K. KARLTON and that Defendant, MGER MAILYAN personally appear before this Court, on the above date and time, for his Arraignment or for his Entry of a Guilty Plea.

SO ORDERED:

DATE: September 6, 2005            /s/Lawrence K. Karlton
                                   THE HONORABLE LAWRENCE K. KARLTON
                                   UNITED STATES DISTRICT JUDGE