```
TODD KRAUSS, ESQ. SBN 187991
WILLIAMSON & KRAUSS
18801 Ventura Boulevard, Suite 206
Tarzana, CA 91356
Telephone: (818) 344-4000 Fax: (818) 344-4899


Attorney for Defendant, MGER MAILYAN
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MGER MAILYAN,<br><br>　　　　Defendant.<br><br>AND ALL RELATED ACTIONS | CASE NO. 04-CR-126 LKK<br><br>STIPULATION AND ORDER TO CONTINUE HEARING OF NOVEMBER 15, 2005 TO JANUARY 24, 2006 |

## STIPULATION

WHEREFORE, upon a showing of good cause, the Unites States of America, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant, MGER MAILYAN, represented by TODD KRAUSS, do hereby stipulate to the following:

That this matter is presently set for entry of guilty plea on November 15, 2005 at 9:30 a.m., before the HONORABLE LAWRENCE K. KARLTON;

That the defendant, MGER MAILYAN, has agreed to waiver indictment, so that counsel for the defendant, TODD KRAUSS can continue and complete the investigation of the alleged matter before this court so that he may adequately represent his client's interest;

1

--------------------------------------------------------------------------------------------------------
Stipulation Continue Hearing

1

2     That the parties require additional time to determine any potential plea
3 agreements and to determine any potential sentencing issues pertaining to the guidelines
4 and factors to be reviewed by the court.
5     That the matter be continued until January 24, 2006 in order to allow the
6 defendant to conduct his investigation and the parties to have adequate time to work out
7 any potential plea agreement;
8     That, Defendant is aware of his right to a speedy trial and he is knowingly
9 consenting to this waiver and stipulation setting this matter for January 24, 2006, or a
10 date thereafter as convenient to the Court.
11     That, speedy trial time is to be excluded, to give counsel time to prepare, from the
12 November 15, 2005 through to next hearing date of January 24, 2006, or a date
13 thereafter as convenient to the Court, pursuant to 18 U.S.C. Sections 3161(h)(8)(iv),
14 Local Code T-4.
15     SO STIPULATED:
16
17 DATE_____     Signature Authorized by Mr. Linhardt
    after his review and per via leter
18     Dated November 7, 2005
19     */s/ DANIEL LINHARDT*
    DANIEL LINHARDT, ASSISTANT
20     UNITED STATES ATTORNEY
21
  DATE_____     */s/ TODD KRAUSS*
22     TODD KRAUSS, ATTORNEY
    FOR DEFENDANT MGER MAILYAN
23
24
25
26
27
28

## **ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the Purpose of Arraignment or Entry of Guilty Plea on January 24, 2006, at 9:30 a.m. in the Courtroom of the HONORABLE LAWRENCE K. KARLTON and that Defendant, MGER MAILYAN personally appear before this Court, on the above date and time, for his Arraignment or for his Entry of a Guilty Plea.

SO ORDERED:

DATE: November 14, 2005        /s/ Lawrence K. Karlton
                               THE HONORABLE LAWRENCE K. KARLTON
                               SENIOR, UNITED STATES DISTRICT JUDGE