TODD KRAUSS, ESQ.  SBN 187991
WILLIAMSON & KRAUSS
18801 Ventura Boulevard, Suite 206
Tarzana, CA 91356
Telephone: (818) 344-4000 Fax: (818) 344-4899

Attorney for Defendant, MGER MAILYAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.  04-CR-126 LKK |
| Plaintiff, ) | |
| vs. ) | ORDER |
| MGER MAILYAN, ) | |
| Defendant. ) | |

## **ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the Purpose of Arraignment or Entry of Guilty Plea on April 11, 2006, at 9:30 a.m. in the Courtroom of the HONORABLE LAWRENCE K. KARLTON and that Defendant, MGER MAILYAN personally appear before this Court, on the above date and time, for his Arraignment or for his Entry of a Guilty Plea.

SO ORDERED:

DATE: January 23, 2006            /s/ Lawrence K. Karlton
                                  THE HONORABLE LAWRENCE
                                  KARLTON, UNITED STATES
                                  DISTRICT JUDGE

1

---
Stipulation Continue Hearing