TODD KRAUSS, ESQ.  SBN 187991
WILLIAMSON & KRAUSS
18801 Ventura Boulevard, Suite 206
Tarzana, CA 91356
Telephone: (818) 344-4000 Fax: (818) 344-4899

Attorney for Defendant, MGER MAILYAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  04-CR-126 LKK |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE HEARING OF APRIL 11, 2006 TO MAY 9, 2006 AND ORDER |
| MGER MAILYAN, | |
| Defendant. | |
| AND ALL RELATED ACTIONS | |

## STIPULATION

WHEREFORE, upon a showing of good cause, the Unites States of America, represented by ANNE PINGS, Assistant United States Attorney, and Defendant, MGER MAILYAN, represented by TODD KRAUSS, do hereby stipulate to the following:

That this matter is presently set for entry of guilty plea on APRIL 11,  2006 at 9:30 a.m., before the HONORABLE LAWRENCE K. KARLTON;

That the defendant, MGER MAILYAN, has agreed to waive indictment, so that counsel for the defendant, TODD KRAUSS can continue and complete the investigation of the alleged matter before this court so that he may adequately represent his client's interest;

---
Stipulation Continue Hearing

That the parties require additional time to determine any potential plea agreements and to determine any potential sentencing issues pertaining to the guidelines and factors to be reviewed by the court.

That the matter be continued until May 9, 2006 in order to allow the defendant to conduct his investigation and the parties to have adequate time to work out any potential plea agreement;

That, Defendant is aware of his right to a speedy trial and he is knowingly consenting to this waiver and stipulation setting this matter for May 9, 2006, or a date thereafter as convenient to the Court.

That, speedy trial time is to be excluded, to give counsel time to prepare, from the April 11, 2006 through to next hearing date of May 9, 2006, or a date thereafter as convenient to the Court, pursuant to 18 U.S.C. Sections 3161(h)(8)(iv), Local Code T-4.

SO STIPULATED:

DATE_____         Signature Authorized by Ms. Pings
                        per a conversation on March 15, 2006
                        Dated March 16, 2006

                        /s/ ANNE PINGS
                        ANNE PINGS, ASSISTANT
                        UNITED STATES ATTORNEY

DATE_____         /s/ TODD KRAUSS
                        TODD KRAUSS, ATTORNEY
                        FOR DEFENDANT MGER MAILYAN

## ORDER

GOOD CAUSE NOW appearing, it is hereby ordered that this matter be set for a hearing for the Purpose of Arraignment or Entry of Guilty Plea on May 9, 2006, at 9:30 a.m. in the Courtroom of the HONORABLE LAWRENCE K. KARLTON and that Defendant, MGER MAILYAN personally appear before this Court, on the above date and time, for his Arraignment or for his Entry of a Guilty Plea.

SO ORDERED:

DATE: March 17, 2006    /s/ Lawrence K. Karlton
                        HONORABLE LAWRENCE K. KARLTON
                        UNITED STATES DISTRICT JUDGE

----------------------------------------------------------------------------------------------------------
Stipulation Continue Hearing