**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant MGER MAILYAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No:** |
| Plaintiff, | **04-CR-00126 LKK** |
| vs. | SUBSTITUTION OF ATTORNEY and ORDER THEREON |
| MGER MAILYAN, | |
| Defendant. | |

**SUBSTITUTION OF ATTORNEY**

MGER MAILYAN, Defendant, hereby substitutes DANIEL V. BEHESNILIAN, ESQ., (SBN: 075805), 8665 Wilshire Blvd., Suite 410, Beverly Hills, California 90211, Tel: (310) 854-6972, Fax: (310) 854-0128, e-mail: daniel@dvblaw.net, retained counsel, as attorney of record in place and stead of TODD B. KRAUSS, ESQ.

Dated: May 11, 2006          Authorization for
                             Mr. Mailyan's signature
                             Obtained in writing on 5/11/06
                             ____/S/ MGER MAILYAN____
                             MGER MAILYAN

1  I have given proper notice pursuant to Local Rule 2.8 and further
2 consent to the above substitution.

3 Dated: May 15, 2006                Authorization for Mr. Krauss'
                                     Signature obtained in writing
4                                    On May 15, 2006
                                         /S/ TODD B. KRAUSS, ESQ.
5                                    TODD B. KRAUSS, ESQ.

6  I am duly admitted to practice in this District pursuant to Local
7 Rule 2.3.

8 Dated: May 11, 2006                    /S/ DANIEL V. BEHESNILIAN, ESQ.
                                     DANIEL V. BEHESNILIAN, ESQ.
9

10 SUBSTITUTION OF ATTORNEY IS HEREBY _✔__ APPROVED ___ DENIED.

11
DATED: May 30, 2006
12
13                                   _____
                                     LAWRENCE K. KARLTON
14                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT