## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                RE:    Mger MAILYAN
                      Docket Number:   2:04CR00126-01
                      **PERMISSION TO TRAVEL**
                      **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Yerevan, Armenia. He is current with all supervision obligations, and the probation officer recommends approval be granted. His financial obligations have been satisfied.

**Conviction and Sentencing Date:** On August 29, 2006, Mr. Mailyan was sentenced for the offense(s) of 18 USC 1347, 2 - Health Care Fraud, Aiding and Abetting.

**Sentence imposed:** He was sentenced to 48 months probation; $100 special assessment (paid); $75,000 restitution (paid). Special conditions included: Search; financial disclosure; 9 months participation in residential re-entry center; and submit to DNA collection.

**Dates of Travel:** May 25, 2009 to June 25, 2009

                Respectfully Submitted,

                /s/ Deborah A. Spencer

                **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

**DATED:**    April 27, 2009
                Elk Grove, California
                DAS/lr

**RE:** **Mger MAILYAN**
     **Docket Number:  2:04CR00126-01**
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved ____✔____     Disapproved _____

_April 28, 2009_                      _/s/ Lawrence K. Karlton_
**Date**                              **Lawrence K. Karlton**
                                      **Senior United States District Judge**