PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**          )
                                      )
            vs.                       )          **Docket Number: 2:04CR00126-01**
                                      )
**Mger MAILYAN**                      )
                                      )

On August 29, 2009, the above-named was placed on Probation for a period of 4 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY**
**Supervising United States Probation Officer**

Dated:      October 8, 2009
            Roseville, California
            tes:jc

**Re:   Mger MAILYAN**
**Docket Number:   2:04CR00126-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that Mger MAILYAN be discharged from Probation, and that the proceedings in the case be terminated.

October 13, 2009
**Date**

**LAWRENCE K. KARLTON**
**Senior United States District Judge**

tes:jc
Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

## RECOMMENDATION TERMINATING
## PROBATION PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:** 2:04CR00126-01 |
| ) | |
| **Mger MAILYAN** ) | |
| ) | |

**LEGAL HISTORY:**

On August 29, 2006, the above-named was placed on Probation for a period of 4 years. Special conditions included a requirement for warrantless search; financial disclosure; the defendant shall reside and participate in a residential re-entry center for a period of 9 months; and the defendant shall submit to the collection of DNA. Restitution of $75,000 and a special assessment of $100 have been paid in full.

**SUMMARY OF COMPLIANCE:**

Mr. Mailyan has complied with all standard and special conditions of Probation, and he has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

**Re:**  **Mger MAILYAN**
   **Docket Number:   2:04CR00126-01**
   **RECOMMENDATION TERMINATING**
   **PROBATION PRIOR TO EXPIRATION DATE**

Respectfully submitted,

/s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY**
**Supervising United States Probation Officer**

Dated:   September 25, 2009
      Roseville, California
      tes:jc

cc:   AUSA Anne E. Pings (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)